IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.                               Criminal No. 4:16CR40027-001
                                                    4:16CR40031-001

JESSIE WAYNE BRAY

## FINAL ORDER OF FORFEITURE

On January 25, 2017, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b), (Doc. 17 – 4:16CR40027 and Doc. 7 – 4:16CR40031). In the Preliminary Order of Forfeiture,

1. A Springfield model XD-9, 9mm handgun, Serial # MG940203;

2. A new England, .20 gauge shotgun, Serial # NT276661;

3. A Ruger, .22 caliber handgun, Serial # 214-37754;

4. A disassembled PT FA Colt, .45 caliber pistol;

5. A Rossi, .410 gauge shotgun, Serial # S41 SP21312S;

6. A Stevens 67, .12 gauge shotgun, Serial # E718627; and

7. A Ruger New Bearcat, Serial # 93-60502,

were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On May 21, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on

www.forfeiture.gov. Deadline for filing claims was June 18, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 25, 2017, shall become final at this time.

IT IS SO ORDERED this 25th day of September, 2018.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE